AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BYRON A. MUSTARD,

                Plaintiff,

                    v.

JOSEPH LEHMAN, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV05-103-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's Motion for Summary Judgment is DENIED.  Plaintiff's remaining state law claim for conversion is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. Section 1367(c)(3).

12/12/06  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Renea Ferrante  
*(By) Deputy Clerk*  
Renea Ferrante